IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
**FILED**
NOV - 5 2007

No. 07-41056

CHARLES R. FULBRUGE III
CLERK

KAREN VAUGHN,  individually and on behalf of all others similarly situated,

Plaintiff-Appellee,

v.

AMERICAN HONDA MOTOR CO., INC., Et al.,

Defendants.

v.

ZACK HAWTHORN; JESUS ITUARTE,

Appellants.

---

SHARON McQUISTON, individually and on behalf of all others similarly situated,

Plaintiff-Appellee,

v.

AMERICAN HONDA MOTOR CO., INC., Et al.,

Defendants.

v.

ZACK HAWTHORN; JESUS ITUARTE,

Appellants.

---

**MOTION TO DISMISS**

COMES NOW Appellant Jesus Ituarte, and hereby moves this Court to dismiss

the appeal of Jesus Ituarte only.

Jesus Ituarte
2200 Pestalozzi
St. Louis, MO 63118
(314) 865-5400
FAX: (314) 865-5401

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served by regular U.S. Mail, postage prepaid, on this 2nd day of November, 2007 upon:

James A. Holmes
The Law Office of James Holmes, P.C.
605 South Main Street, Suite 203
Henderson, TX  75654

David B. Johnson
Sidley Austin, LLP
One South Dearborn
Chicago, IL  60603

Brian C. Anderson
O'Melveney & Myers, LLP
1625 Eye Street
Washington, DC 20006



Jesus Ituarte